IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**STAN SMITH**,  Case No. 6:21-cv-1422-MC

    Plaintiff,  **JUDGMENT**

v.

**PITNEY BOWES, INC. LONG-TERM DISABILITY PLAN**,

    Defendant.

_____

MCSHANE, Judge:

    Based on the record, Judgment for Defendant.

IT IS SO ORDERED

    DATED this 19th day of August, 2022.

                                                   /s/ Michael McShane_____
                                                         Michael McShane
                                              United States District Judge